**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7488**

---

JOHN PATTON MCGLOTHLIN,

                                    Plaintiff - Appellant,

        versus

DIRECTOR OF VIRGINIA DEPARTMENT OF CORREC-
TIONS; PAMELA ANNE SARGENT; SANDRA M. EARLY;
OTHER JANE DOES TO BE NAMED; OTHER JOHN DOES
TO BE NAMED,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Chief District
Judge.  (CA-94-115-R)

---

Submitted:  January 30, 1996        Decided:  February 16, 1996

---

Before WIDENER and NIEMEYER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

John Patton McGlothlin, Appellant Pro Se.  Lance Bradford Leggitt,
Mary Christine Maggard, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA,
Richmond, Virginia; Colin James Steuart Thomas, III, TIMBERLAKE,
SMITH, THOMAS & MOSES, P.C., Staunton, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>McGlothlin v. Director, Virginia Dep't of Corrections</u>, No. CA-94-115-R (W.D. Va. Aug. 31, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>